UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ELAINE TALBOTT-SERRANO,

                Plaintiff,                      21 **CIVIL** 1055 (CS)

      -against-                             **JUDGMENT**

IONA COLLEGE, BEVERLY AZURE,
JOHN DOES 1-10 and XYZ CORP. 1-10,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion & Order dated August 29, 2022, Defendants' motion for summary judgment is GRANTED. The federal claims are dismissed with prejudice and the state claims are dismissed without prejudice. The Clerk of Court is respectfully directed to terminate the pending motion. (ECF No. 24), enter judgment for Defendants, and accordingly, this case is closed.

**Dated:** New York, New York
          August 30, 2022

                                                            **RUBY J. KRAJICK**

                                                              **Clerk of Court**
                          **BY:**

                                                             **Deputy Clerk**